FILED

04/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0704

_____

JACOB SMITH,

      Petitioner and Appellant,

v.                                     O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

Appellant Jacob Smith has filed a motion for a 60-day extension of time within which to file his reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before June 18, 2021.

No further extensions will be granted.

DATED this 15ᵗʰ day of April, 2021.

For the Court,

By _____
                         Chief Justice



FILED

APR 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana